UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONVERGENT MOBILE, INC.**, <br> Plaintiff, <br> v. <br> **JTH TAX, INC. DBA LIBERTY TAX SERVICE**, <br> Defendant. | Case No. 19-cv-06484-YGR <br><br> **ORDER (1) DENYING MOTION TO REMAND TO STATE COURT AND (2) DENYING MOTION TO DISQUALIFY GORDON REES SCULLY MANSUKHANI, LLP FROM REPRESENTING DEFENDANT** <br><br> Re: Dkt. Nos. 16, 17 |

On December 10, 2019, the Court heard oral argument on plaintiff's motion to remand to state court, and motion to disqualify Gordon Rees Scully Mansukhani, LLP from representing defendant, which were fully briefed. (*See* Dkt. Nos. 16, 17, 26, 27, 28, 29.) For the reasons stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, the Court (1) **DENIES** plaintiff's motion to remand to state court, and (2) **DENIES** plaintiff's motion to disqualify Gordon Rees Scully Mansukhani, LLP from representing defendant.

This Order terminates Docket Numbers 16 and 17.

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**