**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CONVERGENT MOBILE INC.,**<br>　　　Plaintiff,<br>　　v.<br>**JTH TAX INC.,**<br>　　　Defendant. | Case No.: 4:19-cv-06484-YGR<br><br>**CASE MANAGEMENT ORDER INCLUDING ORDER RELIEVING PARTIES FROM SUMMARY JUDGMENT PRE-FILING CONFERENCE REQUIREMENT**<br><br>Dkt Nos. 60, 61, 62 |

　　　The Court has reviewed the parties' updated Case Management Conference Statement (Dkt. No. 62) and the pre-filing letters submitted by plaintiff Convergent Mobile Inc. and defendant JTH Tax Inc. (Dkt. Nos. 60, 61) and issues this Order regarding case management:

　　　First, the depositions of Ms. Amy Saak and Mr. Stephen Peary shall proceed and be conducted no later than **January 15, 2021**. The parties shall meet and confer immediately and set firm dates. Failure to comply may result in appropriate sanctions.

　　　Second, under Ninth Circuit precedent, the Court cannot deny a party the right to file a motion for summary judgment. The Court finds that no pre-filing conference is required in this instance and the requested motion may be filed. The parties are reminded of the requirement to file separate statements of fact in the format set forth in paragraph 9(c) of this Court's Standing Order, including the requirement that counsel attest that the evidence cited for each fact or dispute fairly and accurately supports the fact or dispute. The Court considers summary judgment a tool to be used prudently, when there are no disputed issues of material fact. Contract interpretation is frequently well-suited for Rule 56 motions.

　　　Third, the parties' request to waive a jury trial is **GRANTED**. Given that significantly less preparation is required for a bench trial and that such a trial can proceed over the Zoom platform,

the Court will advance the trial for a tentative start on either **March 15** or **March 29, 2021**. The parties shall meet and confer on the preferred start date and review the Court's Standing Order Re: Pretrial Instructions in Civil Cases to familiarize yourselves with the filing requirements. A pretrial conference shall be held on either **February 26, 2021** or **March 12, 2021** depending on the trial date.

Fourth, the Case Management Conference currently set for December 7, 2020 is hereby **VACATED**.

Finally, the Court hereby **SETS** a compliance deadline for **December 18, 2020**. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page **JOINT STATEMENT** confirming the scheduling of the depositions and the preferred start date for the bench trial.

**IT IS SO ORDERED**.

Date: December 3, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**