**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CONVERGENT MOBILE INC.**, <br> Plaintiff, <br> v. <br> **JTH TAX INC.**, <br> Defendant. | Case No.: 4:19-cv-06484-YGR <br><br> **ORDER REQUESTING ADDITIONAL RESPONSE FROM DEFENDANT JTH TAX INC.** <br><br> Dkt Nos. 65, 70 |

The Court is in the process of reviewing the parties briefing on the motion for summary judgment filed by defendant JTH Tax, Inc. (*See* Dkt. Nos. 65 (motion), 69 (opposition), 75 (reply); *see also* Dkt. Nos. 70, 71, 72, 73, 74 (supporting documents).) Based on a preliminary review, the Court **HEREBY ORDERS** that JTH Tax Inc. file as soon as is reasonably possible, but in no event later than **9:00 AM PST on Monday, January 18, 2021** a response to the fifteen (15) additional facts proffered by plaintiff Convergent Mobile Inc. in its responsive separate statement of undisputed material facts. (Dkt. No. 70.) JTH Tax Inc. is to follow the Court's Standing Order in its response, which relevantly provides:

> For each fact, the Responsive Separate Statement shall state whether the party contends the fact is disputed and the evidence establishing any dispute.
>
> If the opposing party contends that the fact is in dispute, the party must cite to evidence in the record which establishes the dispute.

Court's Standing Order In Civil Cases, paragraph 9(c)(2).

**IT IS SO ORDERED**.

Date: January 12, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**