UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONVERGENT MOBILE, INC.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**JTH TAX, INC. dba LIBERTY TAX SERVICE, AND DOES 1-20**,<br><br>  Defendant. | Case No.  4:19-cv-06484-YGR<br><br>**PRETRIAL ORDER NO. 1** |

Having considered the filings to date and the arguments and other submissions at the Pretrial Conference, held on March 12, 2021, for good cause shown the Court enters the following orders:

1. **Trial Date and Schedule:**  The bench trial of this matter is confirmed to proceed on **March 29, 2021** over the Zoom platform.  Each day will begin at 8:00 a.m. with evidence beginning no later than 8:30 a.m.  We remain in the COVID-19 era, and are still operating under General Orders 72-6 and 74 which limit the nature and number of in-person proceedings in the courtroom.

2. The parties shall each be afforded 9 hours to present their case for a total of 18 hours for 4 trial days.  This includes opening statements.  The parties shall receive daily timesheets advising of the time remaining.  Any concerns must be raised immediately or will be waived.  Trial will proceed on March 29-31,2021 and April 2, 2021.  Trial will not proceed on Thursday, April 1, 2021 as that is the Court's designated day for in-court criminal proceedings.

3. As noted, the Court's trial schedule will be from 8:30 a.m. to 1:30 p.m. with two fifteen-minute breaks for a total of 4.5 hours per day.  Counsel should be prepared to anticipate issues so that they may be addressed outside of normal trial hours.  In this regard, Counsel should also be prepared to reconvene with the Court after the Court's standing calendars which normally begin at 2:00 p.m.

4. **Standard Motions *in Limine*:** The one filed motion in limine is **DENIED**. (Dkt. No. 83.) The Court does not anticipate that evidence of damages will take a significant amount of time and will interpret the contact after the trial to determine whether such damages are available.

5. **Witnesses:** The parties are limited to calling the witnesses submitted on the list filed for the Pretrial Conference, namely Docket Number 88. Upon a showing of good cause, including for rebuttal or impeachment purposes, additional witnesses will only be allowed by Court order. The Court hereby orders that witnesses shall be excluded until testimony is completed except for the client representatives Michael Breen and Will Harvey.

6. **Exhibits and Exhibit Lists:** The parties are limited to using the Exhibits submitted on the Exhibit List, namely docket no. 89. No witness may be shown any document or other object until it has been marked for identification using an exhibit number. By **March 19, 2021,** the parties shall file updated Exhibit Lists identifying those for which a stipulation of admissibility exists with an "S" in the appropriate box.

7. **By March 22, 2021,** the parties shall deliver 2 hard copies of all exhibits. One set shall be placed in 3-ring binders. The second set shall have each exhibit placed in individual, numbered manila folders. This shall be the Court's official set of exhibits. Counsel shall also provide a complete set on a flash drive.

8. **Expert Disclosures/Fed. R. Civ. P. 68 Offers:** To the extent not already provided, counsel shall lodge with the Court on **March 26, 2021** a copy of all expert disclosures, including any supplements, as well as all offers of judgment made under Fed. R. Civ. P. 68.

9. **Doe Defendants**: All Doe Defendants will be deemed dismissed once the first witness is sworn.

10. **Depositions to be Used at Trial:** Any party intending to use a deposition transcript at trial for any purpose shall lodge the signed original (or a certified/stipulated copy if, for any reason, the original is not available) for use by the Court *and* shall have extra copies available for use by him/herself *and* the witness. All other parties are expected to have their own copies available. The parties shall each prepare and provide an index of the lodged transcripts and shall review the same with the courtroom deputy upon lodging the transcripts. The index shall provide a

space for the party and the courtroom deputy to confirm delivery of and receipt of each transcript. Delivery of the transcripts shall occur no later than **March 22, 2021.**

11. Before each trial day, counsel shall confer with the courtroom deputy and identify which of the transcripts may be used that day.

12. **Video Depositions at Trial:** A video deposition may only be shown after the designations, counter-designation and objections are resolved. A transcript shall be provided of the portions played to the jury. The court reporter shall be relieved of her duties to transcribe that portion of the trial. In lieu of the court reporter's transcription, the parties shall provide to the court reporter in pdf format the testimony as played on the same day as the video is played. The court reporter will insert a parenthetical in the transcript and index and append the pdf of the testimony to the end of that day's transcript.

13. **Witnesses at Trial:** The party presenting evidence shall give the other party 24 hours *written* notice of the witnesses to be called unless otherwise agreed upon by the parties themselves. For witnesses on a Monday, written notice shall be provided by the prior Saturday at noon. The parties are admonished that use of trial time is critical given the limited resources of the Court. All parties must have witnesses ready and available to testify. If the party presenting evidence does not have a witness ready to be called once a prior witness steps down, that party may be deemed to have rested its case. Further, and as explained, time does not stop while waiting for witnesses to arrive in Court. Witnesses *may* be taken out of order upon stipulation or with leave of Court *provided that* the circumstances giving rise to such an accommodation are promptly called to the attention of opposing counsel and the Court.

14. **Zoom Platform:** The parties shall meet and confer regarding the using a neutral entity to assist with the mechanics of a bench trial. The parties shall advise the Court of their decision by **March 19, 2021.**

    a. Each party shall ensure that all trial participants have requisite hardware, software, and Internet resources, and sufficient training to participate seamlessly at trial, including ensuring that all participants are online and know how to connect so that the trial may commence at 8:30 a.m. each trial day. Each party shall also make available and display

   for use when needed all documents to be used as exhibits at trial.

  b. <u>Hardware Requirements and Recommendations</u>. In order conduct the trial on the Zoom platform, each participant must have, at a minimum, the following resources:

    i. An internet connection – broadband wired or wireless (3G or 4G/LTE)

    ii. Speakers or headphones and a microphone – built-in or USB plug-in or wireless Bluetooth

    iii. A webcam or HD webcam – built-in or USB plug-in or a HD cam or HD cam corder with video capture card

    iv. *See* https://support.zoom.us/hc/en-us/articles/201362023-System-requirements-for-Windows-macOS-and-Linux for a discussion of system requirements for various computer systems. Each party shall be responsible for ensuring that each witness that party intends to call shall meet such specifications, at that party's expense.

  c. <u>Security</u>. The Court will use its standard security protocols during the trial.

15. **Stipulated Facts:** The Court is in receipt of the parties stipulated facts. The parties may resubmit the same in the form of a proposed order that the Court can enter.

16. **Post Trial Briefing:** The parties shall file post trial briefs with Proposed Findings of Fact and Conclusions of law including citations to evidence by **April 12, 2021.**

17. **Objections:** There shall be no "speaking objections," and no rebuttal unless requested by the Court, in which case it shall be brief – e.g., "hearsay," and if a rebuttal requested, "not offered for the truth."

18. **Requests for Transcripts:** If transcripts will be requested during or immediately after the trial, arrangements must be made with the Court Reporter Coordinator (Telephone No. 510-637-3534) **by March 19, 2021**. Forms and information can be found at https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

19. **Failure to Comply:** Failure to comply with the obligations set forth in this order will result in sanctions appropriate to the gravity of the failure, including, but not limited to monetary fines and/or terminating sanctions.

This Order terminates Docket Number 83.

**IT IS SO ORDERED.**

Dated: March 15, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**