UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONVERGENT MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JTH TAX, INC. DBA LIBERTY TAX SERVICE, AND DOES 1-20, <br><br> Defendant. | Case No. 4:19-cv-06484-YGR <br><br> PRETRIAL ORDER NO. 2 |

The Court is in receipt of the parties' Updated Joint Exhibit List (Dkt. No. 98) and the objections attached thereto. Having reviewed and considered the proffers and the objections, the Court FINDS as follows:

1. With respect to the objections posed to documents produced after the Court's Order regarding the close of fact discovery, the objections are OVERRULED. While in general, the Court would be inclined to enforce its own order and exclude all discovery produced after the close of discovery, here the parties extended discovery on their own and without any parameters that would allow the court to enforce based up on a failure to produce. Given that plaintiff Convergent Mobile Inc. ("Convergent") could have pursued further recourse after the production of the documents at issue, and given that those same documents should have been produced by Convergent itself, the Court finds no prejudice sufficient to exclude the documents.

2. With respect to the objections regarding the alleged "damages" document, Ex. No. 223, the objection is SUSTAINED and the document EXCLUDED. Ironically, while defendant JTH Tax, Inc. ("JTH Tax") argues the requirements of Rule 26 in opposing Convergent's first set of objections, the same principles apply to its affirmative obligations to disclose information regarding damages. Accordingly, unless and until JTH Tax provides the Court with its affirmative showing of damages, such document is excluded.

In addition, given that the parties will not be using a third party trial logistics firm, the parties shall either advise the Court in writing regarding the plan for the use of exhibits during the trial *or* shall meet with the Court at 2:00 p.m. on Friday, March 26, 2021 to discuss these logistics. The parties shall send the Court a joint email **within twenty-four (24) hours of the posting of this Order** regarding whether a conference will be required.

**IT IS SO ORDERED.**

Dated: March 22, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**