# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| **Date:** 3/29/2021 | **Time:** 8:00am-10:00am; 10:15am-11:45am; 12:00pm to 1:31pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-06484 -YGR | **Case Name:**. Convergent Mobile , Inc. v. JTH Tax, Inc. | |

**Attorney for Plaintiff:** Nicole Jaffee; Representative: Michael (Mickey) Breen
**Attorney for Defendant:** Danny Barak, Illya Broomand, Peter Siachos; General Counsel Will Harvey.

**Deputy Clerk:** Frances Stone            **Court Reporter:** Diane Skillman

## PROCEEDINGS

BENCH TRIAL- HELD via Zoom platform.

**Bench Trial Began: 3/29/2021**

**Further Bench Trial set for Tuesday 3/30/2021 at 8:00am via Zoom**

**PROCEEDINGS :**

Case Called. Discussion with Counsel.

Plaintiff Convergent Attorney Nicole Jaffee Opening Statement. Defendant JTH Tax Attorney Peter Siachos Opening Statement.

Plaintiff Attorney Jaffee calls **Witness Krishna Pillai** for Direct. RECESS.

Defendant Attorney Danny Barak Cross of Witness Pillai. RECESS. Resume cross of witness Pilliai. Plaintiff attorney Jaffee Redirect of witness Pillai. Re-Cross. Witness excused.

Plaintiff attorney Jaffee **calls Witness Amanda Shell** for Direct. RECESS for the Day.

**Further Bench Trial set 3/30/2021 at 8:00am** (counsel need to log into Zoom prior to 8:00am)

**EXHIBITS ADMITTED IN EVIDENCE:**

4, 13, 237, 14, 200, 217, 17