Nicole M. Jaffee, Bar No. 255944
jaffee@perrylaw.net
Deborah S. Bull, Bar No. 222826
Bull@perrylaw.net
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Plaintiff/Counterdefendant
CONVERGENT MOBILE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONVERGENT MOBILE, INC., | Case No. 4:19-CV-06484-YGR |
| Plaintiff, | Honorable Yvonne Gonzalez Rogers |
| v. | **[PROPOSED] JUDGMENT FOR PLAINTIFF CONVERGENT MOBILE, INC.** |
| JTH TAX, INC. DBA LIBERTY TAX SERVICE AND DOES 1 THROUGH 20, | |
| Defendants. | |
| JTH TAX, INC. DBA LIBERTY TAX SERVICE, | Action Filed: August 26, 2019<br>Removed: October 9, 2019<br>Trial Dates: March 29, 30, 31, April 2, 2021 |
| Counterclaimant | |
| v. | |
| CONVERGENT MOBILE, INC., | |
| Counterdefendant. | |

This action came on for bench trial on March 29, 30, 31 and April 2, 2021, Honorable Yvonne Gonzalez Rogers, District Court Judge, presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS HEREBY ORDERED AND ADJUDGED that in accordance with the Court's Rule 52 Order After Trial on the Merits issued on April 22, 2021 (Dkt. No. 112), judgment is entered against defendant JTH Tax, Inc. DBA Liberty Tax Service ("JTH") and in favor of plaintiff Convergent Mobile, Inc. ("Convergent") on Convergent's claims (Dkt. No. 1) and

JTH shall take nothing from its counterclaims (Dkt. No. 48) against Convergent as follows:

    1. Convergent shall recover of JTH the sum of $601,200.00 plus prejudgment interest in the amount of $100,877.00, which is calculated as follows:

        a. The June 2019 invoice was for $125,400.00. Interest accrued on the June 2019 invoice at the rate of one percent (1%) per month from June 2019. As of April 29, 2021, the accrued interest on the June 2019 invoice totals an additional amount of $27,587.99.

        b. The July 2019 invoice was for $125,400.00. Interest accrued on the July 2019 invoice at the rate of one percent (1%) per month from July 2019. As of April 29, 2021, the accrued interest on the July 2019 invoice totals an additional amount of $26,334.00.

        c. The August 2019 invoice was for $125,400.00. Interest accrued on the August 2019 invoice at the rate of one percent (1%) per month from August 2019. As of April 29, 2021, the accrued interest on the August 2019 invoice totals an additional amount of $25,080.01.

        d. Regarding the remaining amounts due of $15,000.00 per month from September 2019 to November 2020, interest accrued at the rate of ten percent (10%) per year from September 2019 to November 2020 as follows:

| Month Due | Interest Due to date |
|---|---|
| September 2019 | $2,375 |
| October 2019 | $2,250 |
| November 2019 | $2,125 |
| December 2019 | $2,000 |
| January 2020 | $1,875 |
| February 2020 | $1,750 |
| March 2020 | $1,625 |
| April 2020 | $1,500 |
| May 2020 | $1,375 |
| June 2020 | $1,250 |
| July 2020 | $1,000 |
| August 2020 | $875 |
| September 2020 | $750 |
| October 2020 | $625 |
| November 2020 | $500 |
| **TOTAL**: | $21,875 |

    2. The Court hereby enters judgment in favor of Convergent for the amount of

2
JUDGMENT FOR PLAINTIFF/COUNTERDEFENDANT CONVERGENT MOBILE, INC.   Case No. 4:19-CV-06484-YGR

1 $702,077.00 through and including April 29, 2021 and, from that date through date of entry of
2 Judgment, an additional $192.35 per day.

3      3. Convergent shall also recover its costs of suit herein in an amount to be
4 determined. Convergent shall file a Bill of Costs in compliance with Northern District of
5 California Local Rule 54-1 within fourteen (14) days after entry of judgment. The net amount
6 of said costs after any objections or taxing of such costs takes place, if any, shall be deemed
7 included in this Judgment in favor of Convergent.

DATED: 'Oc{'33.'4243    By: _____
    Honorable Yvonne Gonzalez Rogers
    U.S. District Judge

GORDON REES SCULLY MANSUKHANI, LLP

Approved as to form:

Dated:    By: _____
    MARK S. POSARD
    I. HOOSHIE BROOMAND
    Attorneys for Defendant
    JTH TAX, INC. DBA LIBERTY TAX SERVICE.